NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### UNITED ACCESS TECHNOLOGIES, LLC (FORMERLY INLINE CONNECTION CORPORATION, BROADBAND TECHNOLOGY INNOVATIONS, LLC, AND PIE SQUARED, LLC),
*Plaintiff-Appellant,*

v.

### EARTHLINK, INC.,
*Defendant-Cross Appellant.*

---

2010-1251, -1273

---

Appeals from the United States District Court for the District of Delaware in consolidated case nos. 02-CV-0272 and 02-CV-0477, Magistrate Judge Mary Patricia Thynge.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Theresa M. Dawson as counsel of record for United Access Technologies, LLC,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 0 5 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Alfonso Garcia Chan, Esq.
     Theresa M. Dawson, Esq.
     Louis Norwood Jameson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 5 2011

JAN HORBALY
CLERK